IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH, a.k.a. T.A. RASHEED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARDEN GROUNDS, BRENDA NATION, and IRS,<br><br>　　　　Defendants. | No. C 13-3259 LHK (PR)<br><br>ORDER GRANTING MOTION FOR CLARIFICATION; GRANTING MOTION TO AMEND; SUA SPONTE GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS<br><br>(Doc. Nos. 3, 4.) |

On July 15, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. That same day, the Clerk sent plaintiff a notice informing him that he must pay the filing fee or file a completed application to proceed in forma pauperis ("IFP") within thirty days or the case would be dismissed.

Plaintiff has filed a motion for clarification regarding how he should refer to "respondents." Plaintiff's motion is granted. The named defendants, according to plaintiff's complaint, are Warden Grounds, Brenda Nation, and the IRS. Plaintiff has also filed a motion to amend the caption to include plaintiff's alias, T.A. Rasheed. The motion is granted.

Plaintiff has also requested further instructions regarding his application to proceed IFP. Specifically, plaintiff states that he has requested that the $400.00 filing fee be withdrawn from his account. However, his request has been denied because he does not have enough funds to

1  cover the filing fee.  Plaintiff need only file a Certificate of Funds, signed by an authorized
2  officer, stating what the average deposits each month into plaintiff's account were for the most
3  recent 6-month period, and the average balance in plaintiff's account each month for the most
4  recent 6-month period.  At that time, the court can determine whether plaintiff may proceed IFP
5  in this action, or pay the filing fee in full.  The court sua sponte grants plaintiff **thirty (30) days**
6  from the filing date of this order to file a signed Certificate of Funds.  Failure to comply with this
7  deadline will result in the dismissal of this action without prejudice.
8      IT IS SO ORDERED.
9  DATED:  9/25/13

                                        LUCY H. KOH
                                        United States District Judge

Order Granting Motion for Clarification; Granting Motion to Amend; Sua Sponte Granting Extension of Time to File Certificate of Funds
G:\PRO-SE\LHK\CR.13\Smith259eotifp.wpd          2